UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS J. BEAVERS,<br><br>Petitioner,<br><br>v.<br><br>STU SHERMAN, Warden,<br><br>Respondent. | No. 2:19-cv-00353 TLN GGH P<br><br>ORDER TO SHOW CAUSE |

Petitioner, a state prisoner proceeding pro se, has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. §2254. The matter was referred to the United States Magistrate Judge pursuant to 28 U.S.C. §636(b)(1) and Local Rule 302(c). On June 3, 2019, respondent filed a motion to dismiss. ECF No. 9. However, petitioner has failed to file an opposition, or statement of non-opposition within the requisite deadline. See ECF No. 4.

Accordingly, IT IS HEREBY ORDERED that petitioner shall show cause, in writing, within 14 days, why this matter should not be dismissed for failure to prosecute and/or to follow a

////
////
////
////
////

1

court order pursuant to Federal Rule of Civil Procedure 41(b).  The filing of an opposition, or statement of non-opposition, within this timeframe will serve as cause and will discharge this order.

Dated: June 17, 2019

                                                /s/ Gregory G. Hollows
                              UNITED STATES MAGISTRATE JUDGE