UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS J. BEAVERS,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>STU SHERMAN, Warden,<br><br>　　　　　　Respondent. | No. 2:19-cv-00353 TLN GGH P<br><br><br>ORDER |

Petitioner, a state prisoner proceeding pro se, has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. §2254.

On July 15, 2019, the undersigned issued Findings and Recommendations recommending dismissal due to petitioner's failure to respond to court orders or take any action to prosecute this case. ECF No. 14. Prior, petitioner had neither filed an opposition, nor a statement of non-opposition, to respondent's motion to dismiss within the requisite deadline, nor responded to the court's order to show cause for failure to prosecute or comply with the court's orders.  Petitioner has now filed a late response to the order to show cause indicating that he had mailed his opposition but that it must have gotten lost or misplaced.  ECF No. 15.  However, petitioner did not provide a copy of his opposition.  Nevertheless, the court will afford petitioner an opportunity to respond to respondent's motion to dismiss. Petitioner shall take care to comply with the court's deadlines and orders or risk a recommendation that this action be dismissed for failure to

1

prosecute and/or to follow a court order pursuant to Federal Rules of Civil Procedure 41(b).

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations issued July 15, 2019, is VACATED;

2. Petitioner shall file an opposition or statement of non-opposition to respondent's motion to dismiss within thirty days from the date of this order; and

3. Respondent reply, if any, shall be filed and served within fourteen days thereafter.

4. Petitioner is further warned that failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

Dated: August 6, 2019

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE